No. 91–5898. MILLER v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–5899. GENTSCH v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 91–5900. CLARK v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–5904. ZICKL v. CARSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5905. TYLER v. PEORIA COUNTY, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 91–5909. WEST v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–5910. SANDERS v. DETROIT POLICE DEPARTMENT. Ct. App. Mich. Certiorari denied.

No. 91–5911. MONTOYA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–5917. PATTERSON v. COUGHLIN, COMMISSIONER, DEPARTMENT OF CORRECTIONAL SERVICES OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 91–5918. MARTEL v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 91–5935. JOHNSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 91–5980. MARTINELLI v. CITY OF CLEVELAND POLICE DEPARTMENT. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–6015. HUBERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6035. PRINCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6051. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.